**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1448**

———————

DOUGLAS PATTERSON,

        Plaintiff - Appellant,

    v.

JANET NAPOLITANO, in her official capacity as Secretary of
the United States Department of Homeland Security; UNITED
STATES DEPARTMENT OF HOMELAND SECURITY; ALAN BERSIN, in his
official capacity as Commissioner of the United States
Customs and Border Protection,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:11-cv-00123-BO)

———————

Submitted:  July 19, 2012        Decided:  July 23, 2012

———————

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas Patterson, Appellant Pro Se.  Matthew Fesak, Assistant
United States Attorney, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Patterson appeals the district court's order dismissing without prejudice his employment discrimination complaint under Fed. R. Civ. P. 12(b)(5) for insufficient service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Napolitano, No. 5:11-cv-00123-BO (E.D.N.C. Mar. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED